[No. 62818-6-I. Division One. May 3, 2010.]

LISALI REVOCABLE TRUST, *Appellant*, v. TIARA DE LAGO HOMEOWNERS' ASSOCIATION ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 06-2-11903-7, Paris K. Kallas, J., entered November 24, 2008. *Affirmed* by unpublished opinion per Appelwick, J., concurred in by Becker and Ellington, JJ.

[No. 62858-5-I. Division One. May 3, 2010.]

THOMAS F. McCANN, *Appellant*, v. CATHERINE M. PALMER, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 98-3-00242-9, Laura Gene Middaugh, J., entered December 12, 2008. *Affirmed* by unpublished opinion per Schindler, J., concurred in by Dwyer, C.J., and Appelwick, J.

[No. 63158-6-I. Division One. May 3, 2010.]

THE STATE OF WASHINGTON, *Respondent*, v. LARRY DONNELL BAKER, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 07-1-02934-1, Ronald L. Castleberry, J., entered March 3, 2009. *Affirmed in part* and *remanded* by unpublished opinion per Ellington, J., concurred in by Appelwick and Spearman, JJ.

[No. 63173-0-I. Division One. May 3, 2010.]

CROW ROOFING & SHEET METAL, INC., *Appellant*, v. JULIUS THIRY ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 06-2-29465-3, Michael J. Fox, J., entered February 20, 2009. *Affirmed in part*, *reversed in part*, and *remanded* by unpublished opinion per Schindler, J., concurred in by Cox and Appelwick, JJ.